Priscila D. Abraham, Esq.
**AMERICAN FRIENDS SERVICE COMMITTEE**
Immigrant Rights Program
Detention & Deportation Defense Initiative
570 Broad Street, Suite 1001
Newark, NJ 07102
pabrahm@afsc.org
(973) 705-7342

*Pro Bono Counsel for Petitioner*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Kenny Alexander Coy Sajche<br><br>    *Petitioner*,<br><br>v.<br><br>WARDEN, in their official capacity as Warden of Delaney Hall Detention Facility; JOHN TSOURKARIS, in his official capacity as Field Office Director of the Immigration and Customs Enforcement, Enforcement and Removal Operations Newark Field Office; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, PAMELA BONDI, in her official capacity as Attorney General of the United States,<br><br>    *Respondents*. | Case No. 2:25-cv-13726<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURUSANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Petitioner Kenny Coy Sajche ("Mr. Coy") hereby moves this court to dismiss without prejudice and withdraw his Petition for a Writ of Habeas Corpus, Dkt. 1, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Defendants in this matter have not been served or filed an answer or motion for summary judgment.

On July 24, 2025, Mr. Coy filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 before this court to remedy his unlawful detention by Respondents at Delany Hall Detention Facility in Newark, New Jersey, following the Department of Homeland Security ("DHS") preventing payment of his bond through filing a Form E-43, Notice of Service Intent to Appeal Custody Redetermination ("E-43") under 8 C.F.R. § 1003.19(i)(2), without stating any basis for their appeal. On August 14, 2025, DHS withdraw their E-43. Accordingly, Mr. Coy no longer seeks relief from this court, as his Petition is moot. Mr. Coy therefore requests this court withdraw and dismiss without prejudice his Petition for a Writ of Habeas Corpus.

Dated: August 18, 2025                    Respectfully submitted,

*/s/ Priscila D. Abraham*
Priscila D. Abraham, Esq.
American Friends Service Committee
570 Broad St. Suite 1001
Newark, NJ 07102
Tel: (973) 705-7342
pabraham@afsc.org

**CERTIFICATE OF SERVICE**

I, undersigned counsel, hereby certify that on this date, I filed this Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and all attachments using the CM/ECF system.

Dated: August 18, 2025                *s/ Priscila D. Abraham*
                                              Priscila D. Abraham, Esq.
                                              *Pro Bono Counsel for Petitioner*

SO ORDERED:

*/s/ Brian R. Martinotti*
BRIAN R. MARTINOTTI, USDJ
DATED: AUG. 18, 2025